UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
SAMAR CHATTERJEE,                       )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )      Civil Action No.  07-2172 (PLF)
                                        )
U.S. CONSUL GENERAL *et al.*,           )
                                        )
            Defendants.                 )
_____)

FINAL ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that the complaint is dismissed for lack of subject matter jurisdiction.

This is a final, appealable order.  *See* Fed. R. App. P. 4.


                              /s/_____
                              PAUL L. FRIEDMAN
                              United States District Judge
DATE:  August 27, 2009